HEJMANOWSKI & MCCREA, LLC
Charles H. McCrea (SBN #104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702-834-8777
Facsimile: 702-834-5262
Email: chm@hmlawlv.com

BROWNE GEORGE ROSS LLP
Keith J. Wesley (CA SBN 229276)*
  kwesley@bgrfirm.com
Lori Sambol Brody (CA SBN 150545)*
  lbrody@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

* *Admitted pro hac vice*

Attorneys for Defendant Skyline Security
Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL McMILLAN, individually and on behalf of all other similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> SKYLINE SECURITY MANAGEMENT, INC., <br><br> Defendant. <br><br> AND ALL RELATED ACTIONS | Case No. 2:19-CV-01995-GMN-BNW <br><br> The Hon. Gloria M. Navarro <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ACTION** <br><br> Judge:    Hon. Gloria M. Navarro <br><br> Trial Date: None Set |

1629747.1

Case No. 2:19-CV-01995-GMN-BNW

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael P. McMillan, Defendant and Third Party Plaintiff Skyline Security Management, Inc., and Third Party Defendant Juliana L. McMillan, by and through their respective undersigned counsel, hereby stipulate that both the Class Action Complaint, filed by Plaintiff Michael P. McMillan, and the Third Party Complaint, filed by Defendant and Third Party Plaintiff Skyline Security Management, Inc., are voluntarily dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs incurred herein.  This stipulation is made as the matter has been resolved to the satisfaction of the parties.

DATED:  September 1, 2020          HEJAMNOWSKI & McCREA LLC
                                       Charles H. McCrea

                                   BROWNE GEORGE ROSS LLP
                                       Keith J. Wesley
                                       Lori Sambol Brody


                                   By:      _/s/ Lori Sambol Brody_
                                            Lori Sambol Brody
                                   Attorneys for Defendant and Third Party Plaintiff
                                   Skyline Security Management, Inc.

DATED:  September 1, 2020          FREEDOM LAW FIRM
                                       George Haines

                                   KNEPPER & CLARK
                                       Matthew I. Knepper
                                       Miles N. Clark


                                   By:      _/s/ Miles N. Clark_
                                            Miles N. Clark
                                   Attorneys for Plaintiff Michael P. McMillan and Third-
                                   Party Defendant Juliana L. McMillan

## PROOF OF SERVICE

**McMillan v. Skyline Security Management, Inc.**
**Case No. 19-CV-01995-GMN-BNW**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On September 1, 2020, I served true copies of the following document(s) described as **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE CLASS ACTION COMPLAINT AND THE THIRD PARTY COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  On September 1, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address tkawashima@bgrfirm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2020, at Los Angeles, California.

_____
Tammy Kawashima

1629747.1

Case No. 2:19-CV-01995-GMN-BNW

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**SERVICE LIST**
**McMillan v. Skyline Security Management, Inc.**
**Case No. 19-CV-01995-GMN-BNW**

Matthew I. Knepper, Esq.                                    Counsel for Plaintiff Michael P. McMillan
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
5510 S. Fort Apache Road
Suite 30
Las Vegas, NV  89148
Telephone:  702-856-7430
Facsimile:  702-447-8048
Email:  matthew.knepper@knepperclark.com
        miles.clark@knepperclark.com

George H. Haines, Esq.
FREEDOM LAW FIRM
8985 S. Eastern Avenue
Suite 350
Henderson, NV  89123
Telephone:  702-880-5554, Ext. 222
Facsimile:  702-967-6666
Email:  ghaines@freedomlegalteam.com

HEJAMNOWSKI & McCREA LLC                           Co-Counsel for Defendant Skyline Security
Charles H. McCrea (SBN #104)                            Management, Inc.
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702-834-8777
Facsimile: 702-834-5262
Email: chm@hmlawlv.com

1629747.1
                                                                    Case No. 2:19-CV-01995-GMN-BNW
JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE