1  HEJMANOWSKI & MCCREA, LLC
   Charles H. McCrea (SBN #104)
2  520 South Fourth Street, Suite 320
   Las Vegas, NV  89101
3  Telephone:  702-834-8777
   Facsimile:  702-834-5262
4  Email:  chm@hmlawlv.com

5  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (CA SBN 229276)*
6    kwesley@bgrfirm.com
   Lori Sambol Brody (CA SBN 150545)*
7    lbrody@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
8  Los Angeles, California 90067
   Telephone: (310) 274-7100
9  Facsimile: (310) 275-5697

10  *Admitted pro hac vice

11  Attorneys for Defendant Skyline Security
    Management, Inc.
12

13                    UNITED STATES DISTRICT COURT

14                          DISTRICT OF NEVADA

15

16  MICHAEL McMILLAN, individually and on       Case No. 2:19-CV-01995-GMN-BNW
    behalf of all other similarly situated,,
17                                              The Hon. Gloria M. Navarro
                    Plaintiff,
18                                              **JOINT STIPULATION OF VOLUNTARY
           vs.                                  DISMISSAL WITH PREJUDICE OF THE
19                                              ACTION**
    SKYLINE SECURITY MANAGEMENT,
20  INC.,                                       Judge:    Hon. Gloria M. Navarro

21                  Defendant.                  Trial Date:  None Set

22

23  AND ALL RELATED ACTIONS

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael P. McMillan,

2    Defendant and Third Party Plaintiff Skyline Security Management, Inc., and Third Party

3    Defendant Juliana L. McMillan, by and through their respective undersigned counsel, hereby

4    stipulate that both the Class Action Complaint, filed by Plaintiff Michael P. McMillan, and the

5    Third Party Complaint, filed by Defendant and Third Party Plaintiff Skyline Security

6    Management, Inc., are voluntarily dismissed with prejudice.  Each party shall bear their own

7    attorneys' fees and costs incurred herein.  This stipulation is made as the matter has been resolved

8    to the satisfaction of the parties.

9

10    DATED:  September 1, 2020                HEJAMNOWSKI & McCREA LLC
                                               Charles H. McCrea
11

12                                             BROWNE GEORGE ROSS LLP
                                                  Keith J. Wesley
13                                                Lori Sambol Brody

14

                                               By:      /s/ Lori Sambol Brody
15                                             _____
                                                   Lori Sambol Brody
16                                             Attorneys for Defendant and Third Party Plaintiff
                                               Skyline Security Management, Inc.
17

18    DATED:  September 1, 2020                FREEDOM LAW FIRM
                                                  George Haines
19

                                               KNEPPER & CLARK
20    **IT IS SO ORDERED.**
      Dated this __3__ day of September, 2020.      Matthew I. Knepper
21                                                  Miles N. Clark

22                                             By:      /s/ Miles N. Clark
                                               _____
23    _____             Miles N. Clark
      Gloria M. Navarro, District Judge        Attorneys for Plaintiff Michael P. McMillan and Third-
24    UNITED STATES DISTRICT COURT           Party Defendant Juliana L. McMillan

25

26

27

28

1629747.1                                    -1-              Case No. 2:19-CV-01995-GMN-BNW
                    JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**

**McMillan v. Skyline Security Management, Inc.**
**Case No. 19-CV-01995-GMN-BNW**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On September 1, 2020, I served true copies of the following document(s) described as **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE CLASS ACTION COMPLAINT AND THE THIRD PARTY COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  On September 1, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address tkawashima@bgrfirm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2020, at Los Angeles, California.

Tammy Kawashima

1629747.1

Case No. 2:19-CV-01995-GMN-BNW

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1
**SERVICE LIST**
**McMillan v. Skyline Security Management, Inc.**
**Case No. 19-CV-01995-GMN-BNW**
2

3   Matthew I. Knepper, Esq.                           Counsel for Plaintiff Michael P. McMillan
    Miles N. Clark, Esq.
4   KNEPPER & CLARK LLC
    5510 S. Fort Apache Road
5   Suite 30
    Las Vegas, NV  89148
6   Telephone:  702-856-7430
    Facsimile:  702-447-8048
7   Email:  matthew.knepper@knepperclark.com
            miles.clark@knepperclark.com
8
    George H. Haines, Esq.
9   FREEDOM LAW FIRM
    8985 S. Eastern Avenue
10  Suite 350
    Henderson, NV  89123
11  Telephone:  702-880-5554, Ext. 222
    Facsimile:  702-967-6666
12  Email:  ghaines@freedomlegalteam.com

13  HEJAMNOWSKI & McCREA LLC                           Co-Counsel for Defendant Skyline Security
    Charles H. McCrea (SBN #104)                       Management, Inc.
14  520 South Fourth Street, Suite 320
    Las Vegas, NV 89101
15  Telephone: 702-834-8777
    Facsimile: 702-834-5262
16  Email: chm@hmlawlv.com

17

18

19

20

21

22

23

24

25

26

27

28